**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1501**

TALLMAN TAYLOR,

              Plaintiff – Appellant,

        v.

COMMISSIONER OF SOCIAL SECURITY,

              Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior District Judge.  (2:07-cv-00032-HCM-JEB)

Submitted:  November 24, 2008      Decided:  December 15, 2008

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John H. Klein, Charlene A. Morring, MONTAGNA KLEIN CAMDEN LLP, Norfolk, Virginia, for Appellant.  Chuck Rosenberg, United States Attorney, Susan L. Watt, Supervisory Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tallman Taylor appeals the district court's order denying his summary judgment motion and granting the Commissioner's summary judgment motion in his action seeking review of the Commissioner's decision to deny him disability insurance benefits under the Social Security Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Taylor v. Commissioner of Soc. Sec., No. 2:07-cv-00032-HCM-JEB (E.D. Va. March 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2